UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CR00606 JCH |
| | ) | |
| JOE H. HILL, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on July 24, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, based upon the defendant's guilty plea to the Indictment and his signed Stipulation of Facts Relative to Sentencing wherein the defendant agreed to the forfeiture of the specified assets as outlined in Count III of the Indictment and is subject to forfeiture;

AND WHEREAS, in accordance with Title 21, United States Code, Section 853(n)(1), and the Attorney General's authority to determine the manner of publication in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 29, 2009, and ending October 28, 2009. , and further notified all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, the Court has been advised that no petitions have been filed;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property which belongs to the defendant who is the subject of this order, is hereby condemned and forfeited as to all parties and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law, as follows:

    a. $28,320.00 U.S. Currency

2. The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this 14th day of December, 2009

                                          JEAN C. HAMILTON
                                          UNITED STATES DISTRICT JUDGE